SETH VROMAN v. SETH D. THOMPSON.

*Execution sale on transcript of judgment.*

An execution sale made upon a transcript of a justice's judgment is void if the transcript was made within five days after the entry of judgment.

Appeal from Kalamazoo. Submitted October 29. Decided October 30.

BILL TO SET ASIDE AN EXECUTION.    Defendant appeals.

*Dwight May* for complainant.

*Germain H. Mason* for defendant.

CAMPBELL, C. J.    The bill in this case was filed to set aside an execution sale made under a transcript of a justice's judgment.    The transcript was made two days, and the circuit court execution issued three days after the entering of judgment by the justice.    The statute does not allow a transcript to be made before an execution can be issued by the justice.    Comp. L., § 5382. This cannot be done within five days except under peculiar circumstances not existing here.    Comp. L., § 5395.    This point was decided at the present term in *O'Brien v. O'Brien*, ante, p. 15.    The transcript and execution were unlawful and the sale void.

The decree must be affirmed with costs.

The other Justices concurred.